ALBANY,
Feb. 1808.

Dodge
v.
Coddington.

*Hawkins*, contra, read affidavits, stating that a rule had been entered in the minutes of the clerk of the circuit, by consent of the plaintiff's counsel, that four of the causes should abide the event of the cause first brought on to trial.

## Dodge *against* Coddington.

The court may order a justice to return the evidence in a cause before him, and if it does not appear sufficient to support the action, the judgment will be reversed. In an action on a note to pay money, when collected, &c. the plaintiffs must allege, and prove, that the money was collected, in order to recover on the promise.

IN error on *certiorari.* The defendant in error declared against the plaintiff in error, in the court below, on a certain writing or due bill, as follows :

" Due *J. Coddington*, 17 dollars and 38 cents, for sheriff's fees, which I promise to pay, when collected, from the estate of the late *John* and *Cornelius Wynkoop*, deceased, &c.

" *Newburgh*, 2d *September*, 1799.

(Signed) " LEVI DODGE."

The defendant below pleaded *non assumpsit*, and the statutes of limitation. The plaintiff proved the handwriting of the defendant, but produced no evidence that the defendant had collected the money. The justice gave judgment for the plaintiff.

*H. Bleecker*, for the plaintiff in error, contended, that the plaintiff ought to have averred in his declaration, that the defendant had collected the money ; and to have proved that averment.

*L. Elmendorf*, contra, objected, that the court could not inquire as to the facts, nor reverse the judgment, unless for errors in law ; and not because it was against evidence.

*Per Curiam.* The act of the legislature authorises the court, to require the justice to return the evidence ; and if, on the return of the evidence, it does not appear sufficient to support the action, the court will reverse the judgment; and we have often so decided. In the present case, there was a condition precedent, and the proof does not support the declaration. The judgment below must be reversed.

Judgment reversed.